# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2481

_____

George Poole,                                          *
                                                       *
        Plaintiff-Appellant,                  *
                                                       *   Appeal from the United States
    v.                                         *   District Court for the
                                                       *   Eastern District of Missouri.
Unknown Miller, Guard; Don Roper;                      *
George Lombardi; Gary Kempker;                         *   [UNPUBLISHED]
Michael Layden; Brian Allen; Linda                     *
Wilkson; Shea Melton; John                             *
Applebury; Charles Baker; Morgan                       *
Warren, Guard; Unknown Tourville,                      *
Guard,                                                 *
                                                       *
        Defendants-Appellees.                 *

_____

Submitted: July 22, 2004
Filed: July 29, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

    For the reasons set forth in the district court's order of June 1, 2004, we AFFIRM. See 8th Cir. R. 47B.

_____